IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CEDRIC DUPREE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EARLY LASTER, DAVID KAPPLER,** | ) | Civil No. **02-1059 - DRH** |
| **KAREN BARBER,** | ) | |
| **PHILLIP BIGGERSTAFF,** | ) | |
| **DONALD SNYDER, JR.,** | ) | |
| **RICHARD HAMMONDS,** | ) | |
| **HEATHER GROTE, RICK SUTTON,** | ) | |
| **DON SANFORD, KAREN JETHROE,** | ) | |
| **and CHRISTOPHER WALTZ,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's pro se Motion for Reassignment of Complaint/Motion for

Change of Venue **(Doc. 21)** and Motion for a Temporary Restraining Order (TRO) and or

Preliminary Injunction **(Doc. 22)**.

These motions were filed by plaintiff when he was proceeding without counsel.  Since

the filing of the motions, Judge Herndon has appointed counsel for plaintiff.  The Court therefore

considers the motions to be moot.  Counsel for plaintiff may refile the motions if he deems it

appropriate.

The Court reminds plaintiff that, as he has appointed counsel, all communications with

the Court must be done through his attorney, and pro se filings are not permitted.

For the foregoing reasons,  plaintiff's pro se Motion for Reassignment of

Complaint/Motion for Change of Venue **(Doc. 21)** and Motion for a Temporary Restraining

Order (TRO) and or Preliminary Injunction **(Doc. 22)** are **DENIED as moot**.

      **IT IS SO ORDERED.**

      **DATE: June 1, 2005.**

                        **s/ Clifford J. Proud**
                        **CLIFFORD J. PROUD**
                        **UNITED STATES MAGISTRATE JUDGE**