IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

**v.**

**EARLY LASTER, et al.,**

    **Defendants.**                                   Case No. 02-CV-001059-DRH

## ORDER

**HERNDON, District Judge:**

On March 9, 2006, the Court issued an Order which deferred ruling on both Plaintiff's *pro se* Motion for Reappointment of Counsel (Doc. 110) and the Motion to Withdraw as Counsel for Plaintiff (Doc. 111), determining that a hearing on the merits was necessary (*see* Doc. 113, p. 3). The date and time of this hearing was to be determined, pending coordination with the parties.

The hearing on the above-referenced motions is hereby set for **Thursday**, **May 11, 2006 at 3:00 p.m.** Plaintiff will make his appearance via teleconference, as he is currently incarcerated at the Pontiac Correctional Facility. Plaintiff's counsel will appear in person at the East St. Louis federal courthouse. The Defendants need not appear.

The authorities at the Pontiac Correctional Facility where Plaintiff is

currently incarcerated will initiate the conference call by calling the courtroom phone at **618-482-9447**.

      **IT IS SO ORDERED**.

Signed this 13th day of April, 2006.

                                  /s/      David   RHerndon
                                  **United States District Judge**