IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CEDRIC DUPREE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **EARLY LASTER, DAVID KAPPLER,** | )   Civil No. **02-1059 - DRH** |
| **KAREN BARBER,** | ) |
| **PHILLIP BIGGERSTAFF,** | ) |
| **DONALD SNYDER, JR.,** | ) |
| **RICHARD HAMMONDS,** | ) |
| **HEATHER GROTE, RICK SUTTON,** | ) |
| **DON SANFORD, KAREN JETHROE,** | ) |
| **CHRISTOPHER WALTZ,** | ) |
| **ELDON KENNEL, STEPHEN D.MOTE,** | ) |
| **GUY PIERCE,** | ) |
| **and ROGER E. WALKER, JR.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is a Motion to Quash Plaintiff's Subpoena **(Doc. 105)**, filed by respondent Norma Tanner. Ms. Tanner is an office administrator at Southwestern Illinois Correctional Center.

Plaintiff has served a subpoena on Southwestern Illinois Correctional Center, seeking personal information about defendant Biggerstaff. This information is to be used to obtain service of process on Biggerstaff, who is no longer employed by the IDOC.

Respondent objects to providing the information because it may compromise the safety and security of Biggerstaff. That is a legitimate concern. Respondent offers to provide Biggerstaff's last known address to the U.S. Marshal instead.

1

The Court ordered the IDOC to provide Biggerstaff's last known address to the U.S. Marshal over four months ago.  **See, Doc. 30.**  The IDOC apparently failed to do so.  The Court will give the Department another chance.

Upon consideration and for good cause shown, Motion to Quash Plaintiff's Subpoena **(Doc. 105)** is **GRANTED as follows:**

Plaintiff's subpoena is ordered quashed.  Respondent is ordered to provide the United States Marshals Service with the last-known address of Phillip Biggerstaff, under the conditions set forth in **Doc. 30**.

**IT IS SO ORDERED.**

**DATE:  May 11, 2006.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**

2