IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

v.

**EARLY LASTER, et al.,**

    **Defendants.**                                                            Case No. 02-CV-001059-DRH

**ORDER**

**HERNDON, District Judge:**

On May 11, 2006, the Court held a hearing on Plaintiff's Motion for Reappointment of Counsel and Motion to Vacate Counsel's Representation (Doc. 110), as well as the Amended Motion to Withdraw as Attorney, filed by Plaintiff's then-counsel, Roland Cross (Doc. 111). At the hearing, the Court GRANTED Mr. Cross' Motion to Vacate (Doc. 111), finding that his reasons were justified that the attorney-client relationship had effectively broken down and, moreover, Plaintiff did not wish Mr. Cross to continue serving as his counsel (*see* Doc. 127). The Court took Plaintiff's Motion (Doc. 110) UNDER ADVISEMENT, simply because Mr. Cross was the third appointed attorney Plaintiff has had in this case (*see* Doc. 113).

Given the unchanging fact that the Court has previously found "the complexities of Plaintiff's claims and also his alleged diminished mental capacities

make it appropriate to appoint counsel," and also because Plaintiff has agreed that this will be his last opportunity to have appointed counsel in this case, the Court **GRANTS** Plaintiff's Motion for Reappointment of Counsel (Doc. 110) and **APPOINTS Robert M. Susman**, Goffstein, Raskas, Pomerantz, Kraus & Sherman, LLC, 7701 Clayton Road, St. Louis, Missouri 63117, to represent Plaintiff in this matter.  The Court again strongly advises Plaintiff that he make every effort to work with his appointed attorney so as not to prejudice his case, as this is the final re-appointment of counsel the Court will make.

    **IT IS SO ORDERED.**

    Signed this 20th day of June, 2006.

    /s/       David   RHerndon
    **United States District Court**