## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CEDRIC DUPREE,

     Plaintiff,

v.

EARLY LASTER, et al.,

     Defendants.                             Case No. 02-CV-001059-DRH

## ORDER

**HERNDON, District Judge:**

Because Plaintiff's most recent court-appointed attorney, Robert M. Susman, has chosen to decline this case by withdrawing his admission to practice in this District, the Court must re-appoint another attorney. The Court hereby **APPOINTS** attorney **Craig G. Moore**, of the lawfirm Armstrong Teasdale, LLP, in St. Louis, Missouri, to represent Plaintiff, *pro bono*, in this matter. As this is an on-going case and Plaintiff has had several previous court-appointed attorneys, the Court advises Mr. Moore to familiarize himself with the docket and current pending motions in this matter and to contact Robert M. Susman of Goffstein, Raskas, Pomerantz, Kraus & Sherman, LLC, in St. Louis, Missouri 63117, for the case files.

     **IT IS SO ORDERED.**

     Signed this 6th day of July, 2006.

                         /s/        David RHerndon
                         **United States District Court**