IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

   **Plaintiff,**

**v.**

**EARLY LASTER, et al.,**

   **Defendants.**                                              **Case No. 02-CV-001059-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is a Motion for Leave to File Additional Appearances (Doc. 142), filed on behalf of Defendants Karen Barber and Heather Grote. The Court hereby **GRANTS** the Motion and allows attorney Patrick C. Dowd of the law firm Dowd & Dowd, Ltd., to file his Notice of Appearance (Doc. 140) *instanter*. The Court also wishes clarifies the following:

   1. The Court does not prefer parties file documents *instanter*. Instead, the Court directs parties to first file a motion for leave to file. Instead of also filing the proposed document *instanter*, the Court directs parties to e-mail the proposed document(s) to its Chambers e-mail address at DRHpd@ilsd.uscourts.gov for review, and the party will later be allowed to file the document if the motion for leave to file is granted. *See* **Section 2.10 of the CM/ECF User's Manual.**

   2. Attorney Dowd may only enter appearance on his own behalf. Other attorneys from the law firm Dowd & Dowd, Ltd., who may participate in this case must file an appearance on their own behalf as well. Filing an appearance on behalf of a law firm itself

does not give carte blanche authority to allow any attorney within that firm to participate in the case otherwise. See **Illinois Southern District Local Civil Rule 83.1(f), Electronic Filing Rules 2 and 8.**

**IT IS SO ORDERED**.

Signed this 13th day of July, 2006.

/s/         David   RHerndon<br>**United States District Judge**