IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**                          )
                                            )
                        Plaintiff,          )
                                            )        Civil No. **02-1059 - DRH**
v.                                          )
                                            )
**EARLY LASTER, et al.,**                   )
                                            )
                        Defendants.         )

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendants' Motion to Substitute Counsel

**(Doc. 177)** is **GRANTED**.

Attorney John J. Weathers is granted leave to withdraw as counsel for defendants.

Assistant Attorney General Matthew Lurkins is substituted as attorney for defendants.

**IT IS SO ORDERED.**

**DATE:  November 6, 2006.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**