IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

v.

**EARLY LASTER, et al.,**

    **Defendants.**              Case No. 02-CV-001059-DRH

### ORDER

**HERNDON, District Judge:**

    Before the Court is defendant Biggerstaff's Motion to Supplement Defendant's Response to Plaintiff's Motion for Default Judgment (Doc. 176), in which Defendant seeks to make his Declaration as part of his Response (Doc. 168). Plaintiff has not opposed this Motion. The Court hereby **GRANTS** the Motion to Supplement (Doc. 176). Defendant Biggerstaff may file his Declaration as a Supplement to his Response (Doc. 168) by **Friday, November 17, 2006**.

    **IT IS SO ORDERED**.

    Signed this 14th day of November, 2006.

                                                          /s/        David RHerndon
                                                          **United States District Judge**