IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

v.

**EARLY LASTER, et al.,**

    **Defendants.**                                   **Case No. 02-cv-1059-DRH**

### ORDER

**HERNDON, District Judge:**

        Presently before the Court is a Report & Recommendation ("R&R") (Doc. 167), issued by Magistrate Judge Proud, recommending that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 129) be denied. The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service. (*See* Doc. 167-2.) To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review of this matter. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

        Thus, the Court **ADOPTS** the R&R in its entirety. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 129) is hereby **DENIED**, as the Court agrees with the R&R that Plaintiff has not adequately met his

burden of proof to warrant the injunctive relief sought.

**IT IS SO ORDERED**.

Signed this 16th day of November, 2006.

/s/          David   RHerndon
**United States District Judge**
