IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

**v.**

**EARLY LASTER, et al.,**

    **Defendants.**                                                     **Case No. 02-cv-1059-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

        Presently before the Court are Plaintiff's Motion for Entry of Default Judgment Against Defendant Biggerstaff (Doc. 158) and Motion for Entry of Default Judgment Against Defendant Jethroe (Doc. 174), both sought pursuant to **FEDERAL RULE OF PROCEDURE 55(b)**.  While **Rule 55(b)** provides the procedural vehicle for obtaining a default *judgment* against a party, the moving party must first seek an *entry* of default from the Clerk of the Court against the party in default, pursuant to **Rule 55(a)**.  In this case, Plaintiff has failed to obtain such entry of default prior to seeking a default judgment.  Therefore, the Court **DENIES** both Motions (Docs. 158 & 174) as premature.  Plaintiff must first file a Motion for Entry of Default by Clerk, pursuant to **Rule 55(a)**, and then move for a default judgment pursuant to **Rule 55(b)**, at which time, the Court will revisit the issue.

        **IT IS SO ORDERED**.

        Signed this 30th day of April, 2007.

                                                              /s/        David   RHerndon
                                                     **United States District Judge**