# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **Cedric Dupree,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | **CASE NO.  02-1059 DRH** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Early Laster et al.,,** | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | | |

## DEFAULT ENTRY BY CLERK

Upon request of the plaintiff(s), and it appearing from the records of the Court that the defendant(s) has/have failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure,

NOW, THEREFORE, DEFAULT of each of the following-named defendant(s) is ENTERED:

### Phillip Biggerstaff

### Karen Jethroe

DATED:  May 1, 2007

NORBERT G. JAWORSKI
CLERK OF COURT

By:     s/Jackie Payton
         Deputy Clerk

CV-2
(4-97)