IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

**v.**

**EARLY LASTER, et al.,**

    **Defendants.**     Case No. 02-cv-1059-DRH

### ORDER

**HERNDON, Chief Judge:**

After obtaining the Clerk's Entry of Default on May 1, 2007 (Doc. 194), pursuant to **FEDERAL RULE OF PROCEDURE 55(a)**, Plaintiff seeks default judgment be entered against defendant Karen Jethroe (Doc. 195), pursuant to **FEDERAL RULE OF PROCEDURE 55(b)**.  In support of his request, Plaintiff states that the record shows an Executed Return of Service was filed as to defendant Jethroe, showing service was effectuated on September 19, 2006 (Doc. 166) and Jethroe has failed to timely answer or otherwise file a responsive pleading to Plaintiff's § 1983 First Amended Complaint (Doc. 85).  However, because Plaintiff brings this suit as an inmate, his suit is subject to the Prison Litigation Reform Act, **42 U.S.C. § 1997e**.

Subsection (g) of **42 U.S.C. § 1997e**, entitled "Waiver of Reply," states as follows:

> (1) Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law.

> Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed.
>
> (2) The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.

The Court finds that pursuant to **§ 1997e(g)(2)**, a Court Order requiring defendant Jethroe to file an Answer to Plaintiff's First Amended Complaint is appropriate. Therefore, the Illinois Attorney General's Office ("AG") in Springfield, Illinois, is hereby **ORDERED** to contact defendant Karen Jethroe, via written correspondence, at her address on file with the U.S. Marshal's Office, to advise her of this Court's Order to file an Answer by **Friday, December 21, 2007**. The AG shall send said correspondence by **Wednesday, November 14, 2007**, and shall thereafter file a status memorandum with the Court, along with an affidavit of an AG employee, attesting to the date that the notice was sent to defendant Jethroe, the address of mailing, and attaching a copy of said notice correspondence to the affidavit as an exhibit.

**IT IS SO ORDERED**.

Signed this 6th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**