IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

v.

**EARLY LASTER, et al.,**

    **Defendants.**                                Case No. 02-cv-1059-DRH

## ORDER

**HERNDON, Chief Judge:**

      This Order concerns Plaintiff's Motion for Default Judgment as to Defendants Jethroe and Biggerstaff (Doc. 195). Defendant Biggerstaff subsequently filed a Motion to Set Aside Default (Doc. 198), which was opposed by Plaintiff (Doc. 199). Defendant Biggerstaff's Motion was granted and the clerk's entry of default vacated (Doc. 204). The Court additionally issued an Order requiring the Office of the Attorney General to notify defendant Jethroe of her obligation to respond to Plaintiff's First Amended Complaint by December 21, 2007 (Doc. 207). On December 19, 2007, defendant Jethroe filed her Answer (Doc. 213).

      As Plaintiff's request for a default judgment as to these two Defendants is no longer justified, said Motion (Doc. 195) is hereby **DENIED**. Accordingly, the

Court **VACATES** the Clerk's entry of default as to defendant Jethroe (Doc. 194).

    **IT IS SO ORDERED**.

Signed this 23rd day of January, 2008.

                          /s/    David R Herndon
                          **Chief Judge**
                          **United States District Court**