IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC DUPREE,**

    **Plaintiff,**

v.

**EARLY LASTER, et al.,**

    **Defendants.**        Case No. 02-cv-1059-DRH

## ORDER

**HERNDON, Chief Judge:**

On August 17, 2007, the Court entered an Order (Doc. 204) granting defendant Phillip Biggerstaff's Motion to Set Aside Default Judgment (Doc. 198), finding that he was not personally served. Since the Court's Order, Plaintiff has failed to properly serve defendant Biggerstaff. This matter proceeded to a jury trial, beginning on May 5, 2008. During the trial, the parties both acknowledged that Biggerstaff had not been personally served and was therefore not a proper party to the trial proceedings. As of this date, Plaintiff has yet to show the Court he has personally served defendant Biggerstaff. Due to Plaintiff's failure to serve Biggerstaff within a reasonable time, especially in light of the fact that the remainder of Plaintiff's claims have already been decided by a jury and because Plaintiff fails to show good

cause otherwise, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's claims against defendant Phillip Biggerstaff. Judgment to enter accordingly.

**IT IS SO ORDERED**.

Signed this 19th day of May, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**